IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT GONZALES,**

    Plaintiff,

v.                                                      No. 12-cv-0466 MCA/SMV

**STATE OF NEW MEXICO PRISONS et al.,**

    Defendants.

## ORDER TO RESEND CERTAIN DOCUMENTS

This matter is before the Court sua sponte. By order entered on September 7, 2012, the Court directed Plaintiff to submit the previously ordered payment or show cause why payment should be excused. The address shown on Plaintiff's latest filing indicates that he has been transferred and might not have received the prior order. Plaintiff is reminded that under D.N.M.LR-Civ 83.6 he is required to advise the Court of his changes of address.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Clerk is directed to correct Plaintiff's address on the docket according to [Doc. 10], and to send Plaintiff a copy of the Court's Order to Show Cause [Doc. 9] with a copy of this Order;

**IT IS FURTHER ORDERED** that within fourteen days from entry of this order, Plaintiff submit the previously ordered payment or show cause why payment should be excused.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**