IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT GONZALES,**

    Plaintiff,

v.                                            Case No. 12-cv-0466 MCA/SMV

**LT. SPRUNK and
SGT. BLAND,**

    Defendants.

## ORDER DIRECTING CLERK TO MODIFY CAPTION
## AND TO ISSUE CERTAIN DOCUMENTS

THIS MATTER is before the Court on Plaintiff's Letter [Doc. 20] regarding service of Defendants. A waiver of service for named Defendant Sgt. Black was returned unexecuted. [Doc. 16]. Plaintiff then submitted his letter advising that this Defendant's correct name is Sgt. Bland. Plaintiff's Letter [Doc. 20]. Notice and waiver of service forms will be issued for Defendant Bland.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Clerk is directed to modify the docket caption by changing Sgt. Black's name to **Sgt. Bland**, and to issue notice and waiver of service forms, with copies of the complaint and the Court's earlier Memorandum Opinion and Order [Doc. 15], for Defendant Bland.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR
United States Magistrate Judge**