IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT GONZALES,**

    Plaintiff,

v.                                          Case No. 12-cv-0466 MCA/SMV

**LT. SPRUNK and**
**SGT. BLAND,**

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED RESOLUTION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Resolution [Doc. 28] ("PF&RR"), issued on September 28, 2013.  On reference by the Court, [Doc. 4], the Honorable Stephan M. Vidmar, United States Magistrate Judge, found that Plaintiff failed to exhaust his administrative remedies with regard to all claims.  [Doc. 28].  This Court has conducted its own independent review of this matter and arrives at the same conclusion.  Judge Vidmar recommends that such claims be dismissed without prejudice. *Id.*  No party objected to the PF&RR, and the time for doing so has passed.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Resolution [Doc. 28] are **ADOPTED**.  All claims are **DISMISSED without prejudice**.

    **IT IS SO ORDERED.**

                                                                  _____
                                                         **CHIEF UNITED STATES DISTRICT JUDGE**